■ JAMES R. MOSMAN, Respondent, v NINA D. MOSMAN, Appellant.—Order unanimously affirmed, without costs, for reasons stated in memorandum decision at Supreme Court, Doyle, J. (Appeal from order of Supreme Court, Monroe County, Doyle, J.—custody.) Present—Denman, J. P., Green, Pine, Balio and Schnepp, JJ.